UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Patty Shwartz |
| v. | : |
| DMITRIY SMILIANETS, | : |
| a/k/a "SMI," | : Criminal No. 12-3043 |
| a/k/a "-SMI-," | : |
| a/k/a "~SMI~," | : UNDER SEAL |
| a/k/a "Dimmy SMIL," | |
| a/k/a "Dima," | |
| a/k/a "Dima Smeliy" | |

This matter having come before the Court upon the application of the United States of America (Seth B. Kosto, Assistant U.S. Attorney, appearing) for a sealing order in the above matter in order to authorize law enforcement personnel to request the provisional arrest and/or extradition of defendant Smilianets abroad, and good cause having been shown,

IT IS, on this 10th day of April 2012

ORDERED that, except for disclosure to and by law enforcement personnel, including foreign authorities, in connection with the performance of their duties and for the purpose of locating or arresting the defendant, the Complaint, arrest warrant, and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
HONORABLE PATTY SHWARTZ
United States Magistrate Judge