UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT

2012 JUL -2  A 11: 58

UNITED STATES OF AMERICA : Mag. No. 12-3043

     v. :

DIMITRIY SMILIANETS : **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Paul J. Fishman, United States Attorney for the District of New Jersey, Gurbir S. Grewal, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

    PAUL J. FISHMAN
    Assistant U.S. Attorney

    s/Gurbir S. Grewal

    By: GURBIR S. GREWAL
    Assistant U.S. Attorney

Dated: July 2, 2012