UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Patty Shwartz |
| v. | : Mag. No. 12-3043 |
| DMITRIY SMILIANETS,<br>    a/k/a "SMI,"<br>    a/k/a "-SMI-,"<br>    a/k/a "~SMI~,"<br>    a/k/a "Dimmy SMIL,"<br>    a/k/a "Dima,"<br>    a/k/a "Dima Smeliy" | : **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America (Gurbir S. Grewal, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Amended Complaint filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 27th day of June, 2012,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish their purpose, the Amended Complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed, at which time all such documents will be unsealed as to the defendant named in the executed warrant, or until further order of the Court.

_____
HONORABLE PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE