UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                         :   NO. 12-3043(PS)

     V.                             :

DMITRIY SMILIANETS           :   NOTICE OF ATTORNEY APPEARANCE

                                          :

SIR:

        YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR **DMITRIY SMILIANETS**, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: 9-10-12
SIGNATURE: /s/ Steven Brill
NAME: STEVEN BRILL
(Please Print)
FIRM NAME: SULLIVAN & BRILL
ADDRESS: 115 BROADWAY
NYC, NY 10006
TELEPHONE NUMBER: 212 566-1000

EMAIL: STEVEN.BRILL@SULLIVANBRILL.COM