COMMITMENT
(Rev. 6/83)

| United States District Court | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA V. | DOCKET NO. |
| DMITRIY SMILIANETS | MAGISTRATE CASE NO. 12-3043(PS) |

The above named defendant was arrested upon the complaint of

charging a violation of    Title 18 USC § 1349 & 1028(f)

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | 12/03 – 8/05 Ct 1<br>2/08 – 11/08 Ct 2<br>10/6 – 7/12 Ct 3 |

DESCRIPTION OF CHARGES:

Conspiracy to commit wire and bank fraud, [ct 3 Conspiracy to commit] wire fraud and identity theft [Description]
ct 1                                                                    ct 2

BOND IS FIXED AT

$    Detained without prejudice to the defendants right to request a a hearing on the governments request for

TO: THE UNITED STATES MARSHAL    detention and to propose conditions of release

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

September 10, 2012                                          /s/ Patty Shwartz
Date                                                                United States Judge or Magistrate

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |