UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

UNITED STATES OF AMERICA                         CRIMINAL NO. 09-626 (JBS)

v.                                               **NOTICE OF APPEARANCE**

DMITRIY SMILIANETS

_____

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the defendant, DMITRIY SMILIANETS.

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s): | Year(s) of Admission |
|---|---|
| Easter District of New York | 2005 |
| Southern District of New York | 2005 |
| Supreme Court of the United States | 2009 |

Date: 02/03/2014

By: /s/
Andrey Tikhomirov, Esq.
(AT8276)
1400 Avenue Z – Ste 505
Brooklyn, NY 11235
Tel: 718-376-9500
Fax: 718-376-9501
Email: tikho@juno.com