UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DMITRIY SMILIANETS | Mag. No. 12-3043<br><br>**Unsealing Order** |

Upon the application of the United States of America, by Paul J. Fishman, the United States Attorney for the District of New Jersey (Andrew S. Pak, Assistant United States Attorney, appearing), for an order that the Second Amended Complaint in the above matter, Mag. No. 12-3043, be unsealed, but for the aliases and account identifiers for email and instant chat accounts of the charged defendant to be redacted, and for permission to file the attached, redacted Second Amended Complaint, which has been redacted as to the defendant's aliases and account identifiers; and for good cause having been shown,

IT IS, on this 4th day of ~~January~~ February, 2015

ORDERED that the Second Amended Complaint in the above-captioned matter is unsealed, but redacted as to the defendant's aliases and account identifiers for the defendant's email and instant chat accounts;

IT IS FURTHER ORDERED that the attached, redacted version of the Second Amended Complaint be filed until further order of this Court;

IT IS FURTHER ORDERED that the docket shall remove references to the charged defendant's aliases and account identifiers for the defendant's email and instant chat accounts; and

IT IS FURTHER ORDERED that this case shall remain sealed as to all other documents until further order of this Court.

HON. JAMES B. CLARK, III
United States Magistrate Judge